STATE of Missouri, Respondent,

v.

Ramone D. WINTERS, Appellant.

No. WD 76216.

Missouri Court of Appeals,
Western District.

Sept. 23, 2014.

Susan Hogan, Kansas City, MO, for Appellant.

Todd Smith, Jefferson City, MO, for Respondent.

Before Division Three: GARY D. WITT, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM:

Mr. Ramone D. Winters appeals the convictions of first-degree burglary, § 569.160, kidnapping, § 565.110, two counts of forcible rape, § 566.030, and seven counts of forcible sodomy, § 566.060.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).